Order issued February 27, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-12-00533-CR

---

**JAMES KEITH YOUNG, Appellant**

## V.

**THE STATE OF TEXAS, Appellee**

---

## O R D E R

---

Before Justices Francis, Lang, and Evans

Based on the Court's opinion of this date, we **GRANT** the August 21, 2012 motion of

Valencia Bush for leave to withdraw as appointed counsel on appeal.  We **DIRECT** the Clerk of

the Court to remove Valencia Bush as counsel of record for appellant.  We **DIRECT** the Clerk

of the Court to send a copy of this order and all future correspondence to James Keith Young,

No. 1779864, LeBlanc Unit, 3695 FM 3514, Beaumont, Texas, 77705.

DAVID W. EVANS
JUSTICE